[No. 19729-4-II.     Division Two.     January 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
MARK JAMES WELINSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-1-00019-3, Robert L. Harris, J., entered July 6, 1995. *Reversed* by unpublished opinion per Turner, J., concurred in by Houghton, C.J., and Morgan, J.

[No. 30392-9-I.     Division One.     January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
KENNETH P. DOWS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07512-1, Ricardo S. Martinez, J., entered March 30, 1992 and September 2, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 35811-1-I.     Division One.     January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
ERIK HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00090-6, Larry E. McKeeman, J., entered November 22, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35814-6-I.     Division One.     January 13, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v.
JOHN C. RIDEOUT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00672-2, Michael F. Moynihan, J., entered November 9, 1994. *Reversed* by unpublished opinion per Grosse, J., concurred in by Webster and Cox, JJ.